UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK DENTLER, Personal Representative of
the Estate of MATTHEW JOHN DENTLER,

    Plaintiff,

v.      Case No. 1:18-cv-323
    Hon. Ray Kent

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## JUDGMENT

In accordance with the Opinion filed this date, the decision of the Commissioner is **AFFIRMED**.

**IT IS SO ORDERED**.

Dated: September 24, 2019      /s/ Ray Kent
    United States Magistrate Judge